**JS–6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN ESTRADA <br><br> Plaintiff(s), <br><br> v. <br><br> LIVESCAN FINGERPRINTING, et al. <br><br> Defendant(s). | CASE NO: <br> 5:20–cv–01645–FMO–KK <br><br> **ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

Having been advised by counsel that the above–entitled action has been settled, IT IS ORDERED that the above–captioned action is hereby **dismissed** without costs and without prejudice to the right, upon good cause shown within 30 **days from the filing date of this Order**, to re–open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

**IT IS SO ORDERED.**

DATED: September 14, 2020         /s/ *Fernando M. Olguin*
                                  Fernando M. Olguin
                                  United States District Judge